UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                        Case No. 25-30094
                                          Originating No.CR25-51

**JASMINE SHEARROD**

       Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JASMINE SHEARROD,** to answer to charges pending in another federal district, and states:

1. On **February 27, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Minnesota based on an Indictment**. Defendant is charged in that district with violation of **18 USC Sections 371 and 875(c) – Conspiracy to Transmit Threats and Transmission of Interstate Threats to Injure.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JULIE BECK
        Acting United States Attorney

        s/*Andrew Lievense*
        ANDREW LIEVENSE
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: February 27, 2025